■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IMRAN KHAN, Appellant. [857 NYS2d 517]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed March 19, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Lifson, Dillon, McCarthy and Chambers, JJ., concur.